# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODNEY L. WHITE

NO. 2024 KW 1037

**DECEMBER 16, 2024**

---

In Re:    Rodney L. White, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-99-0127.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's second uniform application for postconviction relief, filed May 11, 2021 on or before January 21, 2025. A copy of the district court's ruling shall be filed in this court on or before January 28, 2025.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT